**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of | : | **MEDIATION STATUS REPORT** |
| the Woodbridge Liquidation Trust, | : | |
| successor in interest to the estates of | : | |
| Woodbridge Group of Companies, et al., | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50741 (BLS) |
| v. | : | |
| | : | |
| Anthony Arthur Meola, Jr., | : | |
| | : | |
| Defendants. | | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__          Mediation sessions are scheduled to occur on March 3, 2021.

    _____          A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____          OTHER:


Dated: January 14, 2021           _/s/ Ian Connor Bifferato_
                            Ian Connor Bifferato (DE #3273)
                            The Bifferato Firm P.A.
                            1007 N. Orange Street, 4th Floor
                            Wilmington, DE  19801