# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| Michael Goldberg<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Anthony Arthur Meola Jr.<br><br>　　　　　　　Defendant. | Adversary Proceeding<br>Case No. 19-50741 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss
COUNTY OF NEW YORK　)

I, Alison Moodie, being duly sworn, depose and state:

1.　　I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

2.　　On December 8, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to Mediation and Appointing Mediator** [Docket No. 30] to be delivered by first class mail to the following party: *Anthony Arthur Meola, Jr. 2008 Trust, 176 Malden Street, West Boylston, MA 01583* (a Defendant Party).[3]

                                               /s/ *Alison Moodie*
                                               Alison Moodie

Sworn to before me this
14th day of December, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelope used for service on the party included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."